# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

K. N.

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Antonio D. CALLAHAN (DNA Swab)<br>ODRC Inmate #A797234<br>Correctional Reception Center, Orient, OH | )<br>)<br>)   Case No.   2:22-mj-173<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____Southern_____ District of _____Ohio_____ *(identify the person or describe property to be searched and give its location)*:

Antonio D. CALLAHAN, Male/Black, 5'5", 150 lbs, DOB: 11/14/1990, FBI #: 147587VC5. CALLAHAN is currently in the ODRC Correctional Reception Center, Pickaway County, Orient, OH.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

Saliva and/or oral skin cells obtained by means of an oral swab (DNA).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __18__ U.S.C. § __922(g)__ , and the application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____ #4800
*Applicant's signature*

Jason R. Burns, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

_____
Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

Date:  3/14/2022

City and state:  Columbus, Ohio                 Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

KN.

*PROBABLE CAUSE AFFIDAVIT*
Antonio D. CALLAHAN – DNA Swab


I, **Jason R. Burns**, being duly sworn, depose and state that:


I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been so employed since September of 2005. As a result of my training and experience as an ATF Special Agent (S/A), I am familiar with Federal criminal laws pertaining to firearms violations.

1. On or about December 22, 2021, Columbus Division of Police (CPD) Officers observed a black Chevrolet Impala with no visible license plates run the red light at E. Livingston Ave. and Fairwood Ave., Columbus, OH while traveling eastbound on Livingston Ave. Officers observed the vehicle go northbound on Bulen Ave. and turn east onto Bide A Wee Pkwy. Officers observed the vehicle fail to signal when parking on the curbside, and conducted a traffic stop on the Impala. The driver, later identified as Joshua DENNIS, exited the vehicle immediately (without being ordered to do so or allowing the officer time to approach him), and was placed into handcuffs by Officer Davis. Officers made contact with the front passenger, later identified as Antonio CALLAHAN, and confirmed that CALLAHAN had active felony warrants through LEADS. CALLAHAN was placed into custody. Officers verified that DENNIS did not have a valid driver's license through LEADS. Because the car would need to be towed, officers conducted an inventory search of the vehicle. Officers recovered a magazine loaded with a round of 9mm ammunition in the glove box of the vehicle, located in front of the passenger seat where CALLAHAN was sitting. Officers transported CALLAHAN to the Franklin County Jail. DENNIS was released on a traffic summons for operating a vehicle without a license and the Impala was impounded.

2. S/A Burns reviewed CPD Officers' body camera recordings from this incident. On the recording, Officer Davis verifies that DENNIS does not have a valid driver license and is being arrested for operating the car without a license (though, ultimately, at the conclusion of the encounter with law enforcement, it was determined that DENNIS would not be taken to jail that night). Officer Davis asks DENNIS who owns the car and DENNIS states that the car is his and that he just got it. Officers recover the loaded pistol magazine in the glove box. Officer Davis informs DENNIS of the loaded magazine, and DENNIS acknowledges that he knew the magazine was in the car. DENNIS states that "He (while nodding in CALLAHAN's direction) has been telling me to get it (the magazine) out of there (the car) though cause they could charge you with attempted CCW." From this statement, S/A Burns believes that DENNIS is acknowledging that both he and CALLAHAN were aware of the loaded magazine in the car.

3. S/A Burns reviewed GTL Franklin County Jail Calls, PIN#: 211222037 – Antonio CALLAHAN. CALLAHAN stated that he was arrested with "Slick," known as Joshua

DENNIS, and that he was "on the way to get the pills." CALLAHAN referenced that he has "money on the streets" and immediately referenced people and "Geeks" that owe him money. Based on S/A Burns' experience and knowledge of working drug trafficking investigations, CALLAHAN was referencing customers that have received drugs from him and that they still owe him money. S/A Burns also knows that narcotics traffickers will carry a firearm for protection while engaged in drug trafficking.

4. S/A Burns conducted a CCH search on CALLAHAN. Antonio Demon CALLAHAN, aka "Mills," aka "Milly Wop," is further described as a Male/Black, 5'5", 150 lbs., Black Hair, Brown Eyes, born in 1990. CALLAHAN has multiple arrests for Trafficking in Marijuana & Drugs, Tampering With Evidence, Carrying Concealed Weapon, Possession of Drugs, Domestic Violence, Assault, Aggravated Robbery, and Having Weapons While Under Disability. CALLAHAN has the following Franklin County convictions:

   - Case #: 09-CR-6793, Trafficking in Drugs, F-5;
   - Case #: 11-CR-6407, Possession of Drugs, F-5;
   - Case #: 13-CR-6452, Att. Illegal Conveyance, F-4;
   - Case #: 16-CR-4720, Possession of Drugs, F-5;
   - Case #: 17-CR-0574, Att. Possession of Drugs, M-1; and
   - Case #: 2018-CR-B-18550, Domestic Violence – ORC 2918.25(A), M-1.

At the time of the traffic stop, CALLAHAN was currently under Indictment for the following Franklin County cases:

   - Case #: 20-CR-2112, Improper Handling of Firearm (F-4) & Weapons Under Disability (F-3); and
   - Case # 20-CR-5093, Possession of Drugs (F-5).

On or about November 8, 2021, CALLAHAN failed to appear in Franklin County Court of Common Pleas for the above-mentioned cases, and on or about November 15, 2021, a capias was issued for the arrest of CALLAHAN.

5. On or about June 19, 2014, a Judgment in a Criminal Case was issued for Case #: 13-CR-6452: State of Ohio vs. Antonio D. CALLAHAN, Franklin County, Ohio. CALLAHAN pled guilty to Attempted Illegal Conveyance (Cocaine), a Felony of the Fourth degree (F-4), a crime punishable by more than a year in prison.

6. On or about November 27, 2018, CALLAHAN pled Guilty to Domestic Violence – Knowingly Cause Physical Harm, a violation of Ohio Revised Code (O.R.C.) 2919.25(A), a Misdemeanor in the First degree (M-1).

7. On or about January 25, 2022, S/A Burns examined one (1) live round of ammunition with a headstamp marking of SIG, 9mm LUGER + P, and determined that the cartridge casing was not manufactured in the State of Ohio, and would have affected interstate commerce to arrive in the State of Ohio. The round of ammunition was loaded in a 9mm caliber pistol magazine (CPD Property #: 21P020898).

8. Based on the above information, your affiant believes that probable cause exits that on the person of Antonio D. CALLAHAN, born in 1990, is saliva, topical, and/or oral skin cells (DNA), which is evidence of violation 18 U.S.C. § 922(g)(1) and/or 18 U.S.C. § 922(g)(9).


_____ #4800
Jason R. Burns
Special Agent, ATF


Sworn to and subscribed before me
this  14th  day of March, 2022 in Columbus, Ohio.

_____
Chelsey M. Vascura
UNITED STATES MAGISTRATE JUDGE